## United States District Court for the Northern District of Illinois

Case Number: 08-50157　　　　　　Assigned/Issued By: PJ

---

### FEE INFORMATION

**Amount Due:**　[X] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____

FILED
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: 350.00　　　　Receipt #: 0752000000002971827

Date Paid: 7/28/07　　　　　Fiscal Clerk: P6

---

### ISSUANCES

**Type Of Issuance:**

[X] Summons　　　　　　　　　　　　[ ] Alias Summons

[ ] Third Party Summons　　　　　　　[ ] Lis Pendens

[ ] Non Wage Garnishment Summons

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets

[ ] Writ _____
　　　(Type of Writ)

2 Original and 0 copies on 7/28/07 as to Defendants
　　　　　　　　　　　　　(Date)

---

C:\wpwin80\docket\fecinfo.frm　　01/01