AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



## SUMMONS IN A CIVIL CASE

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY

V.

BOS AND SON, INC. and VIKICA BILICH

CASE NUMBER: **08 C 50157**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KAPALA
MAGISTRATE JUDGE MAHONEY**

TO: (Name and address of Defendant)

BOS AND SON, INC.
c/o Vikica Bilich, President
6303 Forest Hills Road
Rockford, IL  61114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ signature_

(By) DEPUTY CLERK

July 28, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

STATE OF ILLINOIS   )
                    ) ss.
County of Winnebago )

I have served the within writ on the within named  BOB & SON INC.
                                                   (corporation)

____N/A_____ a corporation, by delivering a copy thereof to

__VIKICA BILICH__          __REG AGENT - PRESIDENT__
      (Name)                        (Title)

of said corporation  _F_   _W_   _55_   at  _6303 FOREST HILLS RD, RKF_
                    (sex) (race) (age)              (address)

_0804 08_             _0808_   A.M
   (date)             (time)   P.M

                              _RICHARD A. MEYERS_, SHERIFF

                        By  _D. Carlton_____, DEPUTY

L/P - 07  12/96