08-15612

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008 JUL 30 PM 1:36

**SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES,
CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY

V.

BOS AND SON, INC. and VIKICA BILICH

CASE NUMBER: **08 C 50157**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KAPALA
MAGISTRATE JUDGE MAHONEY**

TO: (Name and address of Defendant)

VIKICA BILICH, individually
6303 Forest Hills Road
Rockford, IL 61114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

July 28, 2008
Date

STATE OF ILLINOIS )
                  ) ss.
County of Winnebago )

I have duly served the within upon the within named __VIKICA RPLICH__

__F__ __W__ __55__ by leaving a true copy thereof with __her__ personally
(sex) (race) (age)

at __6303 Forest Hills Rd., Rkfd__

__080408__    __0808__  A.M./P.M.
(date)        (time)

Richard A. Meyers , SHERIFF

__[signature]__ , DEPUTY

SHERIFF'S FEES:

Service      18.50
Mileage      6
Copies       _____
Taking Bond  _____
Return       _____

Total        24.50

L/P - 6  04/07